Olivet Baptist Church, a Religious Corporation, Stephen A. Griffin, John H. Mapp, Dr. F. D. Moore, Henry Moore, C. D. Anderson, Ch. H. Peterson, Odessa Reed, B. McF. Stephens, Lottie Jordan, Amos Merredith, Junius Samon, Henry Thompson, Richard Skinner, Lottie S. Hollingsworth, Ernest Fort, Daniel Tyler, S. W. Crawford, Appellants, v. Joseph H. Jackson, Mason Pearry, Nathan Clark, T. P. Hines, and Chicago National Bank, a National Banking Corporation, Appellees.

Gen. No. 47,713.

First District, Third Division.

December 9, 1959.

Rehearing denied January 28, 1960.

Released for publication January 29, 1960.

Emerson C. Whitney, for appellants; Euclid L. Taylor and Howard T. Savage, for defendants-appellees. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.